```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                            ORDER
         - v. -                   :
                                       10 Cr. 504 (PGG)
TARIK HOLMES,                     :

              Defendant.          :

                                  :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/11

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on June 8, 2010;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea

is accepted.


SO ORDERED:


Dated:     New York, New York
           October 20, 2011

_____
THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE